UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN SHANE VAUGHN                                                                                   PLAINTIFF

VERSUS                                                                  CIVIL ACTION NO. 1:25-CV-347-TBM-RPM

HARRISON COUNTY,
MISSISSIPPI et al                                                                                       DEFENDANTS

**ORDER FINDING MOTION TO STRIKE MOOT**
**and SETTING ANSWER DEADLINE**

Before the Court is Defendants' notice of withdrawal as to their motion to strike amended complaint filed on January 30, 2026. [18]. Based on Defendants' notice, the motion to strike is hereby terminated and Defendants are directed to answer or otherwise respond to Plaintiff's amended complaint on or before February 26, 2026.

IT IS THEREFORE ORDERED that Defendants [14] Motion to Strike is denied as MOOT.

IT IS FURTHER ORDERED that Defendants shall have until **February 26, 2026**, to answer or otherwise respond to Plaintiff's amended complaint.

SO ORDERED AND ADJUDGED, this the 11th day of February 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE